In the Matter of the Arbitration between NEWSPAPER AND MAIL DELIVERERS' UNION OF NEW YORK AND VICINITY, Respondent, and NEWARK NEWSDEALERS SUPPLY COMPANY, INC., Appellant.

Argued January 8, 1952; decided March 6, 1952.

*Julius Kass* and *Richard L. Halpern* for appellant.

*Samuel Duker* for respondent.

Order affirmed, with costs. Question certified not answered. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.